UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
PLATTSBURGH DIVISION

| | | |
|---|---|---|
| JAY CLOOKEY, | ) | Case No. 8:14-cv-1318-GLS-RFT |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **RECONSIDERATION OF** |
| vs | ) | **ORDER GRANTING** |
| | ) | **DEFENDANT'S MOTION TO** |
| CITIBANK, N.A. | ) | **STAY CASE AND COMPEL** |
| | ) | **ARBITRATION** |
| Defendant. | ) | |
| _____) | | |

Plaintiff Jay Clookey ("Plaintiff") hereby files his motion for reconsideration of the order granting Defendant Citibank, N.A.'s ("Citibank") motion to stay case and compel arbitration. In support, Plaintiff submits a memorandum and of points and authorities in support, filed contemporaneously herewith.

Dated: December 23, 2015

                                                Respectfully submitted,

                                                /s/ Russell S. Thompson, IV
                                                Russell S. Thompson, IV
                                                Thompson Consumer Law Group, PLLC
                                                5235 E. Southern Ave., D106-618
                                                Mesa, AZ 85206
                                                602-388-8898
                                                866-317-2674 facsimile
                                                rthompson@consumerlawinfo.com
                                                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on December 23, 2015, the foregoing was filed with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

/s/ Russell S. Thompson, IV
Russell S. Thompson, IV
